**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6149**

_____

BERNARD M. JOHNSON,

Petitioner - Appellant,

versus

MARK HENRY, Warden, FCI Cumberland,

Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
98-4232-CCB)

_____

Submitted:  April 15, 1999          Decided:  April 20, 1999

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bernard M. Johnson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard M. Johnson appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm substantially on the reasoning of the district court.  See Johnson v. Henry, No. CA-98-4232-CCB (D. Md. Jan. 15, 1999); see also Pelissero v. Thompson, ___ F.3d ___, No. 97-6156, 1999 WL 133112 (4th Cir. Mar. 12, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED